ORMANDY, APPELLANT, *v.* MECHENBIER ET AL., APPELLEES.

[Cite as *Ormandy v. Mechenbier* (1999), 85 Ohio St.3d 1225.]

(No. 97–1738—Submitted May 5, 1999—Decided June 9, 1999.)

---

*Butler, Cincione, DiCuccio, Dritz & Barnhart, N. Gerald DiCuccio, Gail M. Zalimeni* and *Stanley B. Dritz,* for appellant.

*Lane, Alton & Horst* and *Robert B. Graziano,* for appellees James A. Mechenbier and Greater Columbus Otolaryngology Head and Neck Surgery, Inc.

*Earl, Warburton, Adams & Davis, Ted L. Earl, Grier D. Schaffer* and *Christopher R. Walsh,* for appellee Mount Carmel Health.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.